IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ALEXIAS LOWE                                                                                          PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 2:08CV185-P-A

McDONALD'S CORPORATION                                                                  DEFENDANT

### ORDER

This cause is before the Court on defendant McDonald's Corporation's Motion to Dismiss, Or, Alternatively, Motion for Summary Judgment [5]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

Plaintiff conceded in her Motion to Substitute Party Defendant and File Amended Complaint that McDonald's Corporation is not a proper defendant. Accordingly, the instant motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant McDonald's Corporation's Motion to Dismiss, Or, Alternatively, Motion for Summary Judgment [5] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 26th day of August, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE